UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:15-cr-00069-JDL-1 |
| | ) | |
| KOURTNEY WILLIAMS, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Kourtney Williams, an incarcerated individual proceeding pro se, filed a Motion (ECF No. 532) seeking a court order regarding his criminal history points. United States Magistrate Judge John C. Nivison filed his Recommended Decision on the Motion with the Court on March 4, 2024 (ECF No. 537), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2024) and Fed. R. Civ. P. 72(b). Williams filed an objection on March 18, 2024 (ECF No. 545).

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

1

It is therefore **ORDERED** that the Recommended Decision (ECF No. 537) of the Magistrate Judge is hereby **ACCEPTED** and the Motion for Order re Criminal History (ECF No. 532) is **DENIED**.

**SO ORDERED.**

**Dated this 3rd day of April, 2024.**

                                           /s/ Jon D. Levy
                                       **U.S. DISTRICT JUDGE**